# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0549
LT Case No. 2019-CF-3303-A

———————————————

JEFFERY P. CRONKRITE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Marion County.
Robert W. Hodges, Judge.

Michael Ufferman, of Michael Ufferman Law Firm, P.A.,
Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and
Allison Leigh Morris, Assistant Attorney General, Daytona
Beach, for Appellee.


February 26, 2026


PER CURIAM.

    AFFIRMED.


MAKAR, EISNAUGLE, and SOUD, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---